```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                         TAMPA DIVISION

UNITED STATES SURETY COMPANY,
PAUL HOWARD CONSTRUCTION
COMPANY, and UNITED STATES
SPECIALTY INSURANCE COMPANY,

        Plaintiffs,

v.                                  Case No. 8:13-cv-1207-T-33TGW

JOSEPH EDGAR and GLOBAL EGG
CORP.,

        Defendants.
_____/

GLOBAL EGG CORP. and JOSEPH
EDGAR,

        Counter-Claimants,

v.

PAUL HOWARD CONSTRUCTION
COMPANY, UNITED STATES
SPECIALTY INSURANCE COMPANY,
and UNITED STATES SURETY
COMPANY,

        Counter-Defendants.
_____/
```

## ORDER

This matter comes before the Court in consideration of Counter-Defendants United States Surety Company (USSC), United States Specialty Insurance Company (USSIC), and Paul

Howard Construction Company's (PHCC) Motion to Dismiss (Doc. # 74), filed on May 9, 2014. The Motion seeks dismissal of Counts I, III, and IV of Counter-Claimant Global Egg Corporation's First Amended Counterclaim (Doc. # 71) pursuant to Federal Rule of Civil Procedure 12(b)(6). (Doc. # 74 at 1). Alternatively, Counter-Defendants request that Global's Miller Act Payment Bond claim (Count I) and conversion claim (Count IV) be stricken from the record pursuant to Rule 12(f) in light of Global's purported "improper amendment" of these claims. (Id. at 1-2).

The instant Motion was filed on May 9, 2014. Pursuant to Local Rule 3.01(b) as well as Rules 6(a)(1)(C) and 6(d) of the Federal Rules of Civil Procedure, the deadline for Global to file a response in opposition to the Motion was, at the latest, May 27, 2014. Global, who is represented by counsel, has failed to file a response to the Motion in the time provided by the Rules. Accordingly, the Court considers the Motion to be unopposed.

Upon due consideration of the Motion and the record before the Court, the Court grants the Motion to the extent that Counts I, III, and IV of Global's First Amended Counterclaim are dismissed.

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

Counterdefendants' Motion to Dismiss (Doc. # 74) is **GRANTED**. Counts I, III, and IV of the First Amended Counterclaim (Doc. # 71) are hereby dismissed.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 28th day of May, 2014.

*Virginia M. Hernandez Covington*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record